IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

URI FRIED,

    Plaintiff,

v.

SURREY VACATION RESORTS,
INC. D/B/A "LEGAL RECOVERY
SERVICES",

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-343-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Uri Fried against defendant Surrey Vacation Resorts, Inc. d/b/a "Legal Recovery Services" in the amount of $10,000.00, plus attorney's fees and costs.

_____    _____
Peter Oppeneer, Clerk of Court                         Date

7/21/10